# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASHAD HARPER**, | No. 2:18-cv-2153 TLN AC P |
| Plaintiff, | |
| v. | |
| D. GARLAND, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

**Rashad Harper, CDCR # AY-5884**, a necessary and material witness in a settlement conference in this case on June 6, 2019, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance at the conference it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate **to appear by video conference from his place of confinement** before Magistrate Judge Kendall J. Newman, U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on **Thursday, June 6, 2019 at 9:00 a.m**.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference **by video conference** at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison **no less than two days prior** to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P.O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Newman at the time and place noted above, **by video conference**, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 5, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE