Xavier Becerra, State Bar No. 118517
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
William McCaslin, State Bar No. 249976
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7350
  Fax: (916) 324-5205
  E-mail: William.McCaslin@doj.ca.gov
*Attorneys for Defendants D. Garland, J. Johnson and C. Seely*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RASHAD HARPER,**

    Plaintiff,

v.

**D. GARLAND, et al.,**

    Defendants.

Case No. 2:18-cv-02153 TLN AC (PC)

**[PROPOSED] ORDER**

Judge: The Honorable Allison Claire
Trial Date: Not Set
Action Filed: August 7, 2018

Based on the stipulation of the parties, IT IS ORDERED that Plaintiff's claims against Defendants Garland, Johnson and Seely are dismissed with prejudice.

DATED: June 26, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE